

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00303-CR

CHRISTOPHER RYAN WIGLEY                         APPELLANT

V.

THE STATE OF TEXAS                                   STATE

----------

## FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

On June 21, 2012, as part of a plea bargain agreement, Appellant Christopher Ryan Wigley pled guilty to unlawful possession of a firearm and the trial court sentenced him to five years' confinement. On the same day, the trial court certified that this is a plea bargain case and that Appellant has no right of

---

[1]*See* Tex. R. App. P. 47.4.

appeal. Despite the trial court's certification, Appellant filed a pro se notice of appeal on July 10, 2012.

On July 10, 2012, we notified Appellant and Appellant's appointed counsel that the certification indicating that Appellant had no right to appeal had been filed in this court, and that this appeal could be dismissed unless Appellant or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal on or before July 20, 2012. *See* Tex. R. App. P. 25.2(d), 44.3. On July 16, 2012, Appellant filed a pro se response citing rule 25.2(a)(2)(a) as providing grounds to continue his appeal.

Rule 25.2(a)(2) limits the right of appeal in a plea-bargain case to matters that were raised by written motion filed and ruled on before trial or to cases in which the appellant obtained the trial court's permission to appeal. Tex. R. App. P. 25.2(a)(2). The record shows that there are no written motions filed and ruled on before trial and that Appellant did not obtain the trial court's permission to appeal. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 25.2(a)(2), 43.2(f).

PER CURIAM

PANEL: GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: August 9, 2012

2